# Exhibit A

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON BACK. HOLD AT AN ANGLE TO VIEW. SEE REVERSE SIDE FOR MORE SAFETY FEATURES.

Old Republic National Title Insurance Company

Old Republic Title
20 So. Clark Street
Chicago, IL 60603
Escrow Account

WINTRUST Commerical Banking
70 W. Madison St.
Chicago, IL 60603
/719

| Check Number |
|---|
| 570958 |

| Order Number: | 558 | Check Date: 1/18/2018 |
|---|---|---|
| | | $245,531.14 |

PAY Two Hundred Forty Five Thousand Five Hundred Thirty One and 14/100 Dollars

To The Order Of: Catherine A. Corrigan

VOID AFTER 90 DAYS

Memo

Authorized Signature

THE MULTI-TONE BACKGROUND OF THIS DOCUMENT GRADUALLY AND EVENLY CHANGES FROM BLUE TO GREY TO BLUE WITH BLUE AREAS BOTH TOP AND BOTTOM

| Closer: MM | Check Date: 1/18/2018 | Order Number: 558 | Check Number: 570958 |
|---|---|---|---|
| Property Address | Buyer Name & Address | | Seller Name & Address |
| 505 North Lake Shore Dr Units 1211-1212<br>Chicago, IL 60611 | Kevin Shahi, as Trustee of the Dilly Bear Living Trust dated January 8, 2018<br>2 E Erie St Unit 1906<br>Chicago, IL 60611 | | Marquette Bank f/n/a Marquette National Bank, as Trustee under Trust Agreement dated January 25, 2010 and known as Trust Number 19116<br>505 N Lake Shore Dr Unit 1211<br>Chicago, IL 60611 |
| Paid To: Catherine A. Corrigan | | | |

| Description(s) of Amounts Paid | | | Amount |
|---|---|---|---|
| Proceeds of Sale | | | $245,531.14 |
| This Copy to Accounting. | ORT Bank: WINTRUST Commerical | Check Total: | $245,531.14 |

| Closer: MM | Check Date: 1/18/2018 | Order Number: 558 | Check Number: 570958 |
|---|---|---|---|
| Property Address | Buyer Name & Address | | Seller Name & Address |
| 505 North Lake Shore Dr Units 1211-1212<br>Chicago, IL 60611 | Kevin Shahi, as Trustee of the Dilly Bear Living Trust dated January 8, 2018<br>2 E Erie St Unit 1906<br>Chicago, IL 60611 | | Marquette Bank f/n/a Marquette National Bank, as Trustee under Trust Agreement dated January 25, 2010 and known as Trust Number 19116<br>505 N Lake Shore Dr Unit 1211<br>Chicago, IL 60611 |
| Paid To: Catherine A. Corrigan | | | |

| Description(s) of Amounts Paid | | | Amount |
|---|---|---|---|
| Proceeds of Sale | | | $245,531.14 |
| This Copy to Accounting. | ORT Bank: WINTRUST Commerical | Check Total: | $245,531.14 |